UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SCHUETTE,

    Plaintiff,

  v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

Case No. 25-cv-08939-JSC

**ORDER OF DISMISSAL**

On October 17, 2025, Plaintiff, a federal prisoner proceeding without representation by an attorney, filed document entitled "Notice of Motion for Lawsuit Against the Federal Bureau of Prisons." (ECF No. 1.)  On the same day, the Clerk notified Plaintiff he had not submitted his case with a "proper case-initiating form" and had neither paid the filing fee or filed an application to proceed in forma pauperis ("IFP").  (ECF Nos. 2, 3.)  The deficiency notices informed Plaintiff that if he did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days, the case would be dismissed.  (*Id.*)  Along with these notices, the Clerk mailed Plaintiff the court's form complaint and IFP application, filing instructions, and prepaid return envelopes.  More than 28 days have passed, and no response has been received.  As Plaintiff has not filed a complaint, paid the filing fee, filed an IFP application, requested an extension of time, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 12, 2025

JACQUELINE SCOTT CORLEY
United States District Judge